1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone:  (559) 497-6132
4  Facsimile:   (559) 445-0156

5  Attorney for Defendant
   JEREMY  DUNN
6

7
              UNITED STATES DISTRICT COURT
8
              EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       )   Case No.  1: 10-CR-00131 AWI
11                                 )
           Plaintiff,              )   WAIVER OF APPEARANCE
12                                 )   AND ORDER THEREON
            v.                     )
13                                 )   DATE:  May 31, 2011
   JEREMY  DUNN,                   )   TIME:   11:00 a.m.
14                                 )   Courtroom Two
           Defendant.              )
15  _____)   HONORABLE ANTHONY W. ISHII

16

17      Defendant, JEREMY  DUNN, hereby waives his  right to be present in person in open

18  court upon the hearing presently set for May 31, 2011 at 11:00 a.m. in Courtroom Two of the

19  above entitled court. Defendant hereby requests the court to proceed in his  absence and  agrees

20  that his interests will be deemed represented at said hearing by the presence of his attorney,

21  JOHN  F. GARLAND. Defendant further agrees to be present in person in court at all

22  future hearing dates to be set by the court including the date set for jury trial.

23

24  Dated:  May 26, 2011                        /s/ Jeremy Dunn
                                               JEREMY  DUNN
25                                         [Original signature in counsel's file]

26

27

28

                            1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant JEREMY DUNN is hereby excused from appearing at the court hearing scheduled for May 31, 2011 at 11:00 a.m.

IT IS SO ORDERED.

Dated:   May 26, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE