BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-00131 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE: |
| v. | ) | CONTINUANCE AND |
| | ) | ORDER |
| JOSEPH NOLAN and | ) | |
| JEREMY DUNN, | ) | |
| | ) | |
| Defendants. | ) | |

   The above-named Defendants in the above-captioned matter, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1.  The parties to the above-captioned matter agree to vacate the January 23, 2012, status conference date to continue ongoing plea negotiations and reset the matter for March 5, 2012, at 11:00

1

a.m.[1]

2.   The parties stipulate that the continuance is necessitated by the parties need to conduct further investigation and continue plea negotiations.

3.   The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: January 19, 2012          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 By: /s/ Karen A. Escobar
                                    KAREN A. ESCOBAR
                                    Assistant U.S. Attorney

                                 /s/ John Garland
                                 JOHN GARLAND
                                 Attorney for Defendant
                                 Jeremy Dunn

                                 /s/ Anthony Capozzi
                                 ANTHONY CAPOZZI
                                 Attorney for Defendant
                                 Joseph Nolan

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current status conference date of January 23, 2012, for the above-named defendants only is hereby vacated and is reset for March 5, 2012,

---

[1] This is the earliest available date and time for all parties.

2

at 11:00 a.m.

　　　IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

Dated: _____January 19, 2012_____  _____
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE