ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
Joseph Nolan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOSEPH NOLAN AND JEREMY DUNN,<br><br>        Defendants. | Case No.: 1:10-CR-00131 AWI<br><br>REVISED] STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

Defendant, Joseph Nolan, by and through his attorney of record, Anthony P. Capozzi, and Defendant Jeremy Dunn, by and through his attorney of record, John Garland, and the United States Attorney by and through Karen A. Escobar stipulates that the Status Conference in the above-entitled case set for March 5, 2012 at 11:00 a.m. be continued to April 23, 2012 at 11:00 a.m.

///

///

///

Additional time is needed for plea discussions between the parties.  Time has been excluded.

DATED: March 01, 2012                    Respectfully submitted,


                                         /s/Anthony P. Capozzi
                                         Anthony P. Capozzi
                                         Attorney for Defendant
                                         Joseph Nolan


                                         /s/John Garland
                                         Anthony P. Capozzi
                                         Attorney for Defendant
                                         Jeremy Dunn


                                         /s/Karen A. Escobar
                                         Karen A. Escobar
                                         Attorney for United States


**ORDER**


IT IS SO ORDERED.

Dated:   March 1, 2012              _____
                                    CHIEF UNITED STATES DISTRICT JUDGE