1 JOHN F. GARLAND  #117554
Attorney at Law
2 1713 Tulare Street, Suite 221
Fresno, California 93721
3
Telephone:  (559) 497-6132
4 Facsimile:   (559) 445-0156

5 Attorney for Defendant
JEREMY  DUNN
6

7
UNITED STATES DISTRICT COURT
8
EASTERN DISTRICT OF CALIFORNIA
9

10
| UNITED STATES OF AMERICA, | ) | Case No.  1: 10-CR-00131 AWI |
|---|---|---|
| Plaintiff, | ) ) | WAIVER OF APPEARANCE |
| | ) | AND ORDER THEREON |
| v. | ) ) | |
| JEREMY  DUNN, | ) ) | DATE:  April 23, 2012 TIME:   11:00 a.m. |
| Defendant. | ) ) | Courtroom Two |
| | ) | HONORABLE ANTHONY W. ISHII |

17    Defendant, JEREMY  DUNN, hereby waives his  right to be present in person in open

18 court upon the hearing presently set for April 23, 2012 at 11:00 a.m. in Courtroom Two  of

19 the above entitled court. Defendant hereby requests the court to proceed in his  absence and

20 agrees that his interests will be deemed represented at said hearing by the presence of his

21 attorney, JOHN  F. GARLAND. Defendant further agrees to be present in person in court at all

22 future hearing dates to be set by the court including the date set for jury trial.

23

24 Dated:  04/16/2012                              /s/ Jeremy Dunn
                                                          JEREMY  DUNN
25                                           [Original signature in counsel's file]

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant JEREMY DUNN is hereby excused from appearing at the court hearing scheduled for April 23, 2012 at 11:00 a.m.

IT IS SO ORDERED.

Dated:   April 17, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE