```
 1  ANTHONY P. CAPOZZI, CSBN: 068525
    NICHOLAS A. CAPOZZI, CSBN: 275568
 2  LAW OFFICES OF ANTHONY P. CAPOZZI
    1233 W. Shaw Avenue, Suite 102
 3  Fresno, California  93711
    Telephone:  (559) 221-0200
 4  Facsimile:  (559) 221-7997
    E-mail:  anthony@capozzilawoffices.com
 5  www.capozzilawoffices.com

 6  Attorney for Defendant,
    Joseph Nolan
 7
 8
                IN THE UNITED STATES DISTRICT COURT
 9
                EASTERN DISTRICT OF CALIFORNIA, FRESNO
10
11  UNITED STATES OF AMERICA,    ) Case No.: 1:10-CR-00131 AWI
                                 )
12         Plaintiff,            )
                                 ) [REVISED] STIPULATION AND
13      vs.                      ) PROPOSED ORDER TO CONTINUE
                                 ) STATUS CONFERENCE
14  JOSEPH NOLAN AND JEREMY      )
    DUNN,                        )
15                               )
           Defendants.           )
16
```

17    Defendant, Joseph Nolan, by and through his attorney of
18 record, Anthony P. Capozzi, and Defendant Jeremy Dunn, by and
19 through his attorney of record, John Garland, and the United
20 States Attorney by and through Karen A. Escobar stipulates
21 that the Status Conference in the above-entitled case set for
22 June 25, 2012 at 11:00 a.m. be continued to September 24,
23 2012 at 1:00 p.m.
24 ///
25 ///
26 ///
27 ///
28 ///

- 1 -
Stipulation and Proposed Order to Continue Status Conference
CASE NO.: 1:10-CR-00131 AWI

Additional time is needed for plea discussions between the parties.  Time has been excluded.

DATED: June 21, 2012            Respectfully submitted,

/s/Anthony P. Capozzi
Anthony P. Capozzi
Attorney for Defendant
Joseph Nolan

/s/John F. Garland
John F. Garland
Attorney for Defendant
Jeremy Dunn

/s/Karen A. Escobar
Karen A. Escobar
Attorney for United States

**ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the Status Conference now set for June 25, 2012, be continued to Monday, September 24, 2012, at 1:00 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161 (h)(A) and 3161 (h)(B)(ii).

IT IS SO ORDERED.

Dated:   **June 22, 2012**                    /s/ Dennis L. Beck
                              UNITED STATES MAGISTRATE JUDGE