**Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| )  | |
| v.   ) | |
| )  | **Docket No.:  0972 1:10CR00131-005** |
| **Jeremy Dunn**   ) | |
| )  | |
| )  | |

On 5/20/2013, the above-named was sentenced to Supervised Release for a period of 3 years. Supervision commenced on July 28, 2014.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  Assistant United States Attorney Karen A. Escobar does not oppose early termination.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   July 27, 2016
            Fresno, California
            TDM/rmv

                    /s/ Brian J. Bedrosian
**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
              **Supervising United States Probation Officer**

1

**Re:    Jeremy Dunn**
       **Docket No:   0972 1:10CR00131-005**
       **Report and Order Terminating**
       **Prior to Original Expiration Date**

---

cc:    AUSA (NAME) - Karen A. Escobar
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Supervisee - Jeremy Dunn

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jeremy Dunn be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   August 8, 2016                              _____
                                                                  SENIOR DISTRICT JUDGE